07/18/2018 12:48 gm                                         Rec Fee: $224.75

Records Department    Doc Code: A

Prepared By:
Dave LaRose/NTC, 2100 Alt. 19
North, Palm Harbor, FL 34683
(800)346-9152

When Recorded Return To:
Bank of America
C/O Nationwide Title Clearing, Inc.
2100 Alt. 19 North
Palm Harbor, FL 34683

## ASSIGNMENT OF MORTGAGE

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, **BANK OF AMERICA, N.A., WHOSE ADDRESS IS 4909 SAVARESE CIRCLE, TAMPA, FL 33634, ITS SUCCESSORS AND ASSIGNS, (ASSIGNOR)**, by these presents does convey, grant, assign, transfer and set over the described Mortgage therein together with all interest secured thereby, all liens, and any rights due or to become due thereon to **SPECIALIZED LOAN SERVICING, LLC, WHOSE ADDRESS IS 8742 LUCENT BLVD., STE 300, HIGHLANDS RANCH, CO 80129 (800)441-4145, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE)**.

Said Mortgage dated 09/14/2007, in the amount of $75,000.00 made by **JAMES L. EVANS AND INA J. MCRAE, DECEASED** to BANK OF AMERICA, N.A. recorded on 10/02/2007, in the Office of the Recorder of Deeds of **PHILADELPHIA** County, in the State of **Pennsylvania**, in **Doc ID 51783394**.
    SEE ATTACHED EXHIBIT A
Property is more commonly known as: 1718 COBBS CREEK PARKWAY, PHILADELPHIA, PA 19142.

**Dated this 17th day of July in the year 2018**
BANK OF AMERICA, N.A., by NATIONWIDE TITLE CLEARING, INC., its Attorney-in-Fact (POA RECORDED: 06/26/2017 INSTR: 53230399)

By: _____
    **ANDRE MIRANDA**
    **VICE PRESIDENT**

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.



STATE OF FLORIDA   COUNTY OF PINELLAS

The foregoing instrument was acknowledged before me on this 17th day of July in the year 2018, by Andre Miranda as VICE PRESIDENT of NATIONWIDE TITLE CLEARING, INC. as Attorney-in-Fact for BANK OF AMERICA, N.A., who, as such VICE PRESIDENT being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

**MICHELLE BROWN**
COMM EXPIRES: 10/13/2020

MICHELLE BROWN
Notary Public - State of Florida
My Commission #GG 38514
Expires October 13, 2020

Assignment of Mortgage from:
BANK OF AMERICA, N.A., WHOSE ADDRESS IS 4909 SAVARESE CIRCLE, TAMPA, FL 33634, ITS SUCCESSORS AND ASSIGNS, (ASSIGNOR),
to:
SPECIALIZED LOAN SERVICING, LLC, WHOSE ADDRESS IS 8742 LUCENT BLVD., STE 300, HIGHLANDS RANCH, CO 80129 (800)441-4145, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE)

Mortgagor: **JAMES L. EVANS AND INA J. MCRAE, DECEASED**

All that certain lot or piece of ground situated in
Mortgage Premise: 1718 COBBS CREEK PARKWAY
　　　　　　　　　PHILADELPHIA, PA 19142
　　　　　　　　　PHILADELPHIA
(Borough or Township, if stated), Commonwealth of Pennsylvania.
Being more particularly described in said Mortgage.

### Certificate of Residence

I, **Andre Miranda**, do certify that the precise address of the within named Assignee is:
SPECIALIZED LOAN SERVICING, LLC, WHOSE ADDRESS IS 8742 LUCENT BLVD., STE 300, HIGHLANDS RANCH, CO 80129 (800)441-4145, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE)

**ANDRE MIRANDA**
**VICE PRESIDENT**

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

# Exhibit A

Legal Descriptions: All that certain property situated in the CITY OF PHILADELPHIA in the county of PHILADELPHIA, and the Commonwealth of PENNSYLVANIA, being described as follows: PARCEL ▓▓▓▓ and being more fully described in a deed dated 10/21/1971, and recorded 10/21/1971, among the land records of the county and state set forth above, in Deed Book 393, page 56

ALL THAT CERTAIN LOT OR PIECE OF GROUND, WITH THE BUILDINGS AND IMPROVEMENTS THEREON ERECTED,

SITUATE IN THE 3RD WARD OF THE CITY OF PHILADELPHIA, AND DESCRIBED ACCORDING TO A SURVEY AND PLAN THEREOF MADE BY JOSEPH A. SINGER, ESQUIRE, SURVEYOR AND REGULATOR OF THE 10TH DISTRICT DATED 8/5/1955, AS FOLLOWS, TO WIT:

BEGINNING AT A POINT OF TANGENT ON THE SOUTHWESTERLY SIDE OF EDGEWOOD STREET (45 FEET WIDE) SAID POINT OF TANGENT BEING AT THE DISTANCE OF 18.151 FEET MEASURED ON THE ARC OF A CIRCLE CURVING TO THE RIGHT HAVING A RADIUS OF 10 FEET FROM A POINT OF CURVE ON THE SOUTHEASTERLY SIDE OF COBBS CREEK PARKWAY (VARIABLE WIDTH), THENCE EXTENDING FROM SAID POINT OF BEGINNING SOUTH 40 DEGREES 32 MINUTES 30 SECONDS, EAST ALONG THE SAID SIDE OF EDGEWOOD STREET 86.655 FEET TO A POINT ON THE CENTER LINE OF A CERTAIN 15 FEET WIDE DRIVEWAY EXTENDING SOUTHWESTWARDLY FROM EDGEWOOD STREET TO SPRINGFIELD AVENUE, SAID 15 FEET WIDE DRIVEWAY ALSO COMMUNICATING WITH ANOTHER CERTAIN 12 FEET WIDE DRIVEWAY EXTENDING SOUTHEASTWARDLY INTO SPRINGFIELD AVENUE, THENCE EXTENDING SOUTH 35 DEGREES, 27 MINUTES, 30 SECONDS, WEST ALONG THE CENTER LINE OF THE FIRST MENTIONED 15 FEET WIDE DRIVEWAY 25.421 FEET TO A POINT; THENCE EXTENDING NORTHWESTWARDLY ON A LINE AT RIGHT ANGLES TO COBBS CREEK PARKWAY, PARTLY THROUGH THE PARTY WALL 96,501 FEET TO A POINT ON THE SOUTHEASTERLY SIDE OF COBBS CREEK PARKWAY AFORESAID; THENCE EXTENDING NORTH 35 DEGREES 27 MINUTES 30 SECONDS, EAST ALONG THE SAID SIDE OF COBBS CREEK PARKWAY 36.682 FEET TO A POINT OF CURVE IN THE SAME; THENCE EXTENDING ON THE ARC OF A CIRCLE CURVING TO THE RIGHT HAVING A RADIUS OF 10 FEET THE ARC DISTANCE OF 18.151 FEET TO THE FIRST MENTIONED POINT OF TANGENT AND PLACE OF BEGINNING.

# Exhibit A

TOGETHER WITH THE FREE AND COMMON USE, RIGHT, LIBERTY, AND PRIVILEGE OF THE AFORESAID DRIVEWAYS AS AND FOR DRIVEWAYS, PASSAGEWAYS, AND WATERCOURSES AT ALL TIMES HEREAFTER FOREVER IN COMMON WITH THE OWNERS, TENANTS, AND OCCUPIERS OF THE OTHER LOTS OF GROUND BOUNDING THEREON AND ENTITLED TO THE USE THEREOF.

BEING NO. 1718 COBBS CREEK PARKWAY.

TAX ID#  ▮▮▮▮▮    REGISTRY ▮▮▮▮▮

BEING THE SAME PROPERTY CONVEYED TO INA G. MCRAE, UNMARRIED AND JAMES L. EVANS BY DEED FROM THOMAS H. JOYCE AND MARY M. JOYCE, HIS WIFE RECORDED 10/21/1971 IN DEED BOOK 393 PAGE 56, IN THE OFFICE OF THE RECORDER OF DEEDS OF PHILADELPHIA COUNTY, PENNSYLVANIA.

Recorded 07/Philadelphia PA Doc Id: 53675481
08/2020 08:04 Page 1 of 4 Rec Fee: $224.75
Receipt#: ███
Records Department    Doc Code: A

Prepared By and Return To:
Maged Farag
Collateral Department
Meridian Asset Services, LLC
3201 34th Street South, Suite 310
St. Petersburg, FL 33711
(727) 497-4650

_____ Space above for Recorder's use _____

Loan No: ███

# ASSIGNMENT OF MORTGAGE

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, **SPECIALIZED LOAN SERVICING LLC**, whose address is **8742 LUCENT BOULEVARD SUITE #300, HIGHLANDS RANCH, COLORADO 80129**, (ASSIGNOR), does hereby grant, assign and transfer to **US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST**, whose address is **888 7TH AVENUE 10TH FLOOR, NEW YORK, NY 10019**, (ASSIGNEE), its successors, transferees and assigns forever, all beneficial interest under that certain mortgage, together with the certain note(s) described therein with all interest, all liens, and any rights due or to become due thereon.

Date of Mortgage: 9/14/2007
Original Loan Amount: $75,000.00
Executed by (Borrower(s)): **JAMES L EVANS**
Original Lender: **BANK OF AMERICA, N.A.**
Filed of Record: In Book/Liber/Volume N/A, Page N/A
Document/Instrument No: 51783394 in the Recording District of **PHILADELPHIA, PA**, Recorded on 10/2/2007.

Legal Description & Chain Exhibit: SEE EXHIBIT "A" ATTACHED
Property more commonly described as: **1718 COBBS CREEK PARKWAY, PHILADELPHIA, PENNSYLVANIA 19142**

███ Freddie Mac NPL ███

IN WITNESS WHEREOF, the undersigned by its duly elected officers and pursuant to proper authority of its board of directors has duly executed, sealed, acknowledged and delivered this assignment.

Date: 5-11-2020

SPECIALIZED LOAN SERVICING LLC, BY FAY SERVICING, LLC, ITS ATTORNEY-IN-FACT

By: John Rodriguez                              Witness Name: REGINA MCANINCH
Title: Assistant Secretary
BATCH# ███  POA WAS RECORDED IN PHILADELPHIA, PA, ON 6/8/2020, INST#53675208

I hereby certify the precise address of the within named **US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST** *(Assignee)* is **888 7TH AVENUE 10TH FLOOR, NEW YORK, NY 10019**.

John Rodriguez    Assistant Secretary

> A NOTARY PUBLIC OR OTHER OFFICER COMPLETING THIS CERTIFICATE VERIFIES ONLY THE IDENTITY OF THE INDIVIDUAL WHO SIGNED THE DOCUMENT TO WHICH THIS CERTIFICATE IS ATTACHED, AND NOT THE TRUTHFULNESS, ACCURACY, OR VALIDITY OF THAT DOCUMENT

State of      TEXAS
County of    DALLAS

On  5-11-2020 , before me, **MARY CHAVARRIA**, a Notary Public, personally appeared   John Rodriguez  , Assistant Secretary   of/for FAY SERVICING, LLC, AS ATTORNEY-IN-FACT FOR SPECIALIZED LOAN SERVICING LLC, personally known to me, or who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of   TEXAS that the foregoing paragraph is true and correct. I further certify   John Rodriguez  , signed, sealed, attested and delivered this document as a voluntary act in my presence.

Witness my hand and official seal.

(Notary Name):  MARY CHAVARRIA
My commission expires: 3-31-21

[Notary Seal: Mary Chavarria, Notary Public, State of Texas, Comm. Expires 03-31-2021, Notary ID 126110396]

███ Freddie Mac NPL ███

EXHIBIT "A"

Legal Descriptions: All that certain property situated in the CITY OF PHILADELPHIA in the county of PHILADELPHIA, and the Commonwealth of PENNSYLVANIA, being described as follows: PARCEL ▮▮▮▮▮ and being more fully described in a deed dated 10/21/1971, and recorded 10/21/1971, among the land records of the county and state set forth above, in Deed Book 393, page 56

ALL THAT CERTAIN LOT OR PIECE OF GROUND, WITH THE BUILDINGS AND IMPROVEMENTS THEREON ERECTED,

SITUATE IN THE 3RD WARD OF THE CITY OF PHILADELPHIA, AND DESCRIBED ACCORDING TO A SURVEY AND PLAN THEREOF MADE BY JOSEPH A. SINGER, ESQUIRE, SURVEYOR AND REGULATOR OF THE 10TH DISTRICT DATED 8/5/1955, AS FOLLOWS, TO WIT:

BEGINNING AT A POINT OF TANGENT ON THE SOUTHWESTERLY SIDE OF EDGEWOOD STREET (45 FEET WIDE) SAID POINT OF TANGENT BEING AT THE DISTANCE OF 18.151 FEET MEASURED ON THE ARC OF A CIRCLE CURVING TO THE RIGHT HAVING A RADIUS OF 10 FEET FROM A POINT OF CURVE ON THE SOUTHEASTERLY SIDE OF COBBS CREEK PARKWAY (VARIABLE WIDTH), THENCE EXTENDING FROM SAID POINT OF BEGINNING SOUTH 40 DEGREES 32 MINUTES 30 SECONDS, EAST ALONG THE SAID SIDE OF EDGEWOOD STREET 86.655 FEET TO A POINT ON THE CENTER LINE OF A CERTAIN 15 FEET WIDE DRIVEWAY EXTENDING SOUTHWESTWARDLY FROM EDGEWOOD STREET TO SPRINGFIELD AVENUE, SAID 15 FEET WIDE DRIVEWAY ALSO COMMUNICATING WITH ANOTHER CERTAIN 12 FEET WIDE DRIVEWAY EXTENDING SOUTHEASTWARDLY INTO SPRINGFIELD AVENUE, THENCE EXTENDING SOUTH 35 DEGREES, 27 MINUTES, 30 SECONDS, WEST ALONG THE CENTER LINE OF THE FIRST MENTIONED 15 FEET WIDE DRIVEWAY 25.421 FEET TO A POINT; THENCE EXTENDING NORTHWESTWARDLY ON A LINE AT RIGHT ANGLES TO COBBS CREEK PARKWAY, PARTLY THROUGH THE PARTY WALL 96,501 FEET TO A POINT ON THE SOUTHEASTERLY SIDE OF COBBS CREEK PARKWAY AFORESAID; THENCE EXTENDING NORTH 35 DEGREES 27 MINUTES 30 SECONDS, EAST ALONG THE SAID SIDE OF COBBS CREEK PARKWAY 36.682 FEET TO A POINT OF CURVE IN THE SAME; THENCE EXTENDING ON THE ARC OF A CIRCLE CURVING TO THE RIGHT HAVING A RADIUS OF 10 FEET THE ARC DISTANCE OF 18.151 FEET TO THE FIRST MENTIONED POINT OF TANGENT AND PLACE OF BEGINNING.

▮▮▮▮ Freddie Mac NPL ▮▮▮▮

## Assignment Chain

Assigned From: BANK OF AMERICA, N.A.
To: SPECIALIZED LOAN SERVICING, LLC
AOM Recording Details: Recorded 07/18/2018; Book: N/A; Page: N/A; Instrument: 53392783

Freddie Mac NPL