## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

IN RE:

**TONYA L. EVANS**

        **Debtor**

**US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST**

        **Movant**

        **v.**

**TONYA L. EVANS**
**JAMES L EVANS (NON-FILING CO-DEBTOR)**
        **Respondents**

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

**BK. No. 19-15569-amc**

**Chapter No. 13**

**11 U.S.C. §362 AND §1301**

### ORDER MODIFYING §362 AUTOMATIC STAY AND §1301 CO-DEBTOR STAY

**AND NOW**, this     day of        , 2020, at **PHILADELPHIA**, upon Motion of **US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay and Co-Debtor Stay of all proceedings, as provided under 11 U.S.C. §362 and §1301 is granted with respect to, 1718 COBBS CREEK PARKWAY, PHILADELPHIA, PA 19142 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that relief from any Co-Debtor Stay (if applicable) is hereby granted; and it is further;

**ORDERED** that Rule 4001(a)(3) is not applicable and **US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST** may immediately enforce and implement this Order granting Relief from the Automatic Stay and Co-Debtor Stay; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

Dated: April 29, 2021

_____
ASHELY M. CHAN, BANKRUPTCY JUDGE

SCOTT F. WATERMAN (CHAPTER 13)
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE.
SUITE 100
READING, PA 19606

SHARON S. MASTERS, ESQUIRE
2201 PENNSYLVANIA AVE.
#517
PHILADELPHIA, PA 19130

UNITED STATES TRUSTEE
200 CHESTNUT STREET, SUITE 502
PHILADELPHIA, PA 19106

TONYA L. EVANS
1718 COBBS CREEK PARKWAY
PHILADELPHIA, PA 19142

JAMES L EVANS (NON-FILING CO-DEBTOR)
1718 COBBS CREEK PARKWAY
PHILADELPHIA, PA 19142